11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT


Clay D. Sanders,                                  * From the 259th District
                                                    Court of Jones County,
                                                    Trial Court No. 022183.


Vs. No. 11-13-00154-CV                           * June 6, 2013


Elizabeth Karrick, James Lane,                   * Per Curiam Memorandum Opinion
and John Karrick,                                  (Panel consists of: Wright, C.J.,
                                                    McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.